Argued May 21, affirmed May 21, petition for rehearing denied
June 14, petition for review denied September 5, 1973

STATE OF OREGON, *Respondent, v.* MICHAEL
DENNIS FERGUSON (No. C 72-08-2671),
*Appellant.*
509 P2d 1220

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and
Foley, Judges.